**Bryan LANKFORD, Appellant,**

v.

**MID–CENTURY INSURANCE COMPANY, Respondent.**

**WD 78144**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 17, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied December 22, 2015

Bruce Brown, Kearney, MO, Counsel for Appellant.

Justin Chapell, St. Louis, MO, Counsel for Respondent.

Thomas Ward, St. Louis, MO, Co–Counsel for Respondent.

Before Division Four: Alok Ahuja, Chief Judge Presiding, Thomas H. Newton, Judge, and Charles H. McKenzie, Special Judge.

### ORDER

Per Curiam:

Mr. Bryan Lankford appeals the entry of summary judgment on an amended petition against Mid–Century Insurance Co. (Mid–Century), seeking damages for alleged constructive fraud in handling claims arising out of an automobile accident.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed. Rule 84.16(b).